**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :    No. 19 EAL 2021

                          Respondent           :

                                       :    Petition for Allowance of Appeal

                                       :    from the Order of the Superior Court

                 v.                       :

                                       :

ANTHONY  BRACY,                     :

                                       :

                         Petitioner             :

## <u>ORDER</u>

**PER CURIAM**

      **AND NOW**, this 19th day of January, 2022, the Petition for Allowance of Appeal is **DENIED**.